UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM CUMMINGS, | CIVIL ACTION NO. 3:15-CV-2245 |
| Plaintiff, | |
| v. | (Mannion, D.J.) (Arbuckle, M.J.) |
| SGT. BULLOCK, et al., | |
| Defendants. | |

# **O R D E R**

**IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Motion for Reconsideration (Doc. 98) is **GRANTED IN PART**;

2. For the reasons stated in the accompanying Memorandum, the court's prior Memorandum and Order (Doc. 95 and 96) are amended with this Order and accompanying Memorandum. The case remains dismissed and closed.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Dated: January 8, 2019
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-2245-01-order.wpd